# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 09-91-GF-BMM** |
| Plaintiff, | **ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| JORDAN CHARLES DEMONTINEY, | |
| Defendant. | |

Upon direction of this Court during open court proceedings on September 16, 2019, and good cause appearing;

IT IS ORDERED that Defendant, Jordan Charles Demontiney, shall be temporarily released from the Cascade County Regional Detention Facility Monday, September 16, 2019, following his initial appearance proceedings;

IT IS HEREBY ORDERED that during this temporary release from custody, Defendant shall remain in compliance with the original conditions of his supervised release; and

IT IS FURTHER HEREBY ORDERED that Mr. Demontiney shall return to the Cascade County Regional Detention Facility on or before 7:00 p.m. on Thursday, September 19, 2019.

DATED this 16th day of September, 2019.

_Brian Morris_

Brian Morris
United States District Court Judge