# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN CHARLES DEMONTINEY,<br><br>Defendant. | Case No. CR 09-91-GF-BMM<br><br>ORDER FOR<br>TEMPORARY RELEASE |

During the Revocation proceedings on September 16, 2019, all parties agreed that Defendant Jordan Charles Demontiney should be released to enroll in and complete an inpatient treatment program prior to his final revocation hearing on January 16, 2020. United States Probation Officer Wade Riden has made the necessary arrangements and a bed date has been confirmed at Connections West in Warm Springs, Montana, for Mr. Demontiney beginning at 2:00 p.m. on October 1, 2019.

Upon this agreement and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Jordan Charles Demontiney, shall be released from custody at the Cascade County Regional Detention Facility

1

the morning of by October 1, 2019, in order to travel to Connections Corrections West in Warm Springs, Montana, where he is registered to enter into a 60-day inpatient treatment program beginning on October 1, 2019, at 2:00 p.m.

DATED this 25th day of September, 2019.

_____
Brian Morris
United States District Court Judge